```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANLUIS DEVELOPMENTS, L.L.C., SANLUIS
INVESTMENTS, L.L.C., and SANLUIS
CORPORACION, S.A. DE C.V.,

                Petitioners,

06 CIVIL 11531(RJH)

-against-

**JUDGMENT**

CCP SANLUIS, L.L.C. and AIP-SANLUIS, L.L.C.,
                Respondents.
------------------------------------------------------------X

      Respondents having moved to dismiss the petition to vacate the arbitration award, and the matter having been brought before the Honorable Richard J. Holwell, United States District Judge, and the Court, on August 2, 2007, having issued its Memorandum Opinion and Order granting respondents' motion to dismiss the petition, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 2, 2007, respondents' motion to dismiss the petition is granted; accordingly, the case is closed.

Dated: New York, New York
          August 3, 2007

                                        J. MICHAEL MCMAHON
                                        Clerk of Court

                     BY:
                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____